388 P.3d 898

**Patrick Kekoa PALMER, Plaintiff–Appellant,**

v.

**Henriann Puualoha PALMER, Defendant–Appellee**

**NO. CAAP–13–0000202**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
September 20, 2016.

APPEAL FROM THE FAMILY COURT OF THE THIRD CIRCUIT (FC–D NO. 03–1–0051K)

SUMMARY DISPOSITION ORDER

Affirmed.